**Order filed, January 09, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-01119-CR

———————

**DAVID  MCKEAND, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Co Crim Ct at Law No 9
Harris County, Texas
Trial Court Cause No. 1925760**

## ORDER

The reporter's record in this case was due **December 17, 2013**.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Tavis Jacks**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM